WILLIAM E. DEMAREST AND ANOTHER, APPELLANTS, *v.* WILLIAM H. WICKHAM, MAYOR OF THE CITY OF NEW YORK, RESPONDENT.

*Chapter 335, Laws of 1873 — assistant aldermen in the city of New York — power of legislature to abolish office — State Constitution, art. 10, § 2.*

The power of the legislature over the office of assistant alderman in the city of New York, as it existed prior to the passage of the act of 1873, was unrestricted, except that during its continuance it could only be filled by election or appointment in the mode prescribed by section 2 of article 10 of the Constitution. Accordingly *held*, that chapter 335 of 1873, abolishing this office and transferring its powers and duties to the board of aldermen, was constitutional and valid.

APPEAL from an order sustaining a demurrer to the complaint herein, and from a judgment entered pursuant to the same.

*W. S. Wolf*, for the appellants.

*T. B. Clarkson* and *E. Delafield Smith*, for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Judgment and order affirmed, with costs.